No. 71–1255. UNITED STATES v. ASH. C. A. D. C. Cir. Certiorari granted. Application of respondent for release on bail, presented to THE CHIEF JUSTICE and by him referred to the Court, denied without prejudice to renewed application to the District Court. See 18 U. S. C. § 3148.

No. 71–6060. TACON v. ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6516. BRADEN v. 30TH JUDICIAL CIRCUIT COURT OF KENTUCKY. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 70–352. LAWRENCE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 70–5101. PATLER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 70–5109. TOWNES v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 71–970. AGNELLINO v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 71–1212. GEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1218. HOLMES ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.